UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| LOGAN BAUER, *individually and on behalf of* All others similarly situated<br><br>Plaintiff,<br>vs.<br><br>AGA SERVICE COMPANY, et al.,<br><br>Defendant. | Case No. 20-3138-CV-S-MDH |

_  Jury Verdict.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

X   Decision by Court.   This action came to determination before the Court.   The issues have been determined and a decision has been rendered.

For the reasons as stated in the Court's Order, Document 8, the Court **GRANTS** the Motion to Dismiss.

**IT IS SO ORDERED**.

                                                 Paige Wymore-Winn
                                                 Acting Clerk of Court

Entered on: 11/24/2020                    s/   Karen Siegert
                                                 (By) Deputy Clerk